UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FELIPE SANTIAGO RAMALES,
Individually and on Behalf of All Other
Persons Similarly Situated,

                              Plaintiffs,

                -against-                                        08 CV 9890 (DAB) (JCF)

JUSTIN TIMBERLAKE, TRACE AYALA,
EYTAN SUGARMAN, SOUTHERN
HOSPITALITY XANADU LLC, 1460
SECOND AVENUE RESTAURANT
GROUP, LLC And JOHN DOES #1-10,
Jointly and Severally,
                              Defendants.

-----------------------------------------------------------x

TO:    Jeffrey M. Gottlieb, Esq.
       GOTTLIEB & ASSOCIATES
       *ATTORNEYS FOR PLAINTIFF*
       150 East 18th Street, Suite PHR
       New York, New York 10003
       (212) 228-9795

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TRACE AYALA AND JUSTIN TIMBERLAKE

Defendants Trace Ayala and Justin Timberlake (referred to hereafter as "Defendants"), by and through their attorneys Jackson Lewis LLP, for their Answer to the "Class Action Complaint" (the "Complaint") respectfully allege as follows:

## AS TO "NATURE OF ACTION"

1.      Defendants deny the allegations set forth in Paragraph 1 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 1 as they might apply to the remaining

Defendants.

   2. Defendants deny the allegations set forth in Paragraph 2 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 2 as they might apply to the remaining Defendants.

**AS TO "JURISDICTION AND VENUE"**

   3. Paragraph 3 of the Complaint sets forth a legal conclusion only, and therefore no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 3 of the Complaint, except admit that Plaintiff purports to invoke the jurisdiction of the Court as set forth in this paragraph.

   4. Paragraph 4 of the Complaint sets forth a legal conclusion only, and therefore no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 4 of the Complaint, except admit that Plaintiff purports to invoke the jurisdiction of the Court as set forth in this paragraph.

   5. Paragraph 5 of the Complaint sets forth a legal conclusion only, and therefore no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 5 of the Complaint.

   6. Paragraph 6 of the Complaint sets forth a legal conclusion only, and therefore no response is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 6 of the Complaint, except admit that Plaintiff purports to invoke the authority of the Court as set forth in this paragraph.

## AS TO "PARTIES"

7.      Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations contained in Paragraph 7 of the Complaint.

8.      Defendants deny the allegations set forth in Paragraph 8 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8 as they might apply to the remaining Defendants.

9.      Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 of the Complaint.

10.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 of the Complaint.

11.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 11 of the Complaint.

12.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 12 of the Complaint.

13.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 13 of the Complaint.

14.     Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 14 of the Complaint.

15.     To the extent Paragraph 15 of the Complaint sets forth legal conclusions, no response is required.  Defendants deny any allegations of fact set forth in Paragraph 15 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 15 as they might

3

apply to the remaining Defendants.

16.    Defendants deny the allegations set forth in Paragraph 16 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 as they might apply to the remaining Defendants.

17.    To the extent Paragraph 17 of the Complaint sets forth legal conclusions, no response is required. Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact set forth in Paragraph 17 of the Complaint,

18.    To the extent Paragraph 18 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any allegations of fact set forth in Paragraph 18 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 18 as they might apply to the remaining Defendants.

19.    Defendants deny the allegations set forth in Paragraph 19 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 as they might apply to the remaining Defendants.

## AS TO "COLLECTIVE ACTION ALLEGATIONS"

20.    Defendants deny the allegations set forth in Paragraph 20 of the Complaint, except admit that Plaintiff purports to proceed as set forth in Paragraph 20 of the Complaint.

21.    To the extent Paragraph 21 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any allegations of fact set forth in Paragraph 21 of the

4

Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 as they might apply to the remaining Defendants.

22.    Defendants deny the allegations set forth in Paragraph 22 of the Complaint, except lack knowledge or information sufficient to form a belief as to the competency and experience of Plaintiff's chosen counsel.

23.    To the extent Paragraph 23 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any and all allegations of fact set forth in Paragraph 23 of the Complaint.

24.    To the extent Paragraph 24 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any and all allegations of fact set forth in Paragraph 24 of the Complaint, including specifically each subparagraph (a) through (h), insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 24 as they might apply to the remaining Defendants.

25.    Defendants lack knowledge or information sufficient to form a belief regarding Plaintiff's knowledge.

### AS TO "CLASS ALLEGATIONS"

26.    Defendants deny the allegations set forth in Paragraph 26 of the Complaint, except admit that Plaintiff purports to proceed as set forth in Paragraph 26 of the Complaint.

27.    Defendants deny the allegations set forth in Paragraph 27 of the Complaint) insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 as they might apply to

the remaining Defendants, except admit that Plaintiff purports to proceed as set forth in Paragraph 27 of the Complaint.

28.     To the extent Paragraph 28 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any and all allegations of fact set forth in Paragraph 28 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 28 as they might apply to the remaining Defendants.

29.     To the extent Paragraph 29 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any and all allegations of fact set forth in Paragraph 29 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 29 as they might apply to the remaining Defendants.

30.     To the extent Paragraph 30 of the Complaint sets forth legal conclusions, no response is required. Defendants deny any and all allegations of fact set forth in Paragraph 30 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 30 as they might apply to the remaining Defendants.

31.     Defendants lack knowledge or information sufficient to form a belief regarding Plaintiff's commitment or the competency and experience of Plaintiff's chosen counsel. To the extent Paragraph 31 of the Complaint sets forth legal conclusions, no response is required. Defendants deny the remaining allegations set forth in Paragraph 31 of the Complaint.

32.     Defendants lack knowledge or information sufficient to form a belief regarding Plaintiff's interests. To the extent Paragraph 32 of the Complaint sets forth legal

conclusions, no response is required.  Defendants deny the remaining allegations set forth in Paragraph 32 of the Complaint.

33.     To the extent Paragraph 33 of the Complaint sets forth legal conclusions, no response is required.  Defendants deny any and all allegations of fact set forth in Paragraph 33 of the Complaint, including specifically each subparagraph (a) through (k), insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 33 as they might apply to the remaining Defendants.

## AS TO "FACTS"

34.     Defendants deny the allegations set forth in Paragraph 34 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 as they might apply to the remaining Defendants.

35.     Defendants deny the allegations set forth in Paragraph 35 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 as they might apply to the remaining Defendants.

36.     Paragraph 36 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any and all allegations of fact set forth in Paragraph 36 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 36 as they might apply to the remaining Defendants.

37.     Defendants deny the allegations set forth in Paragraph 37 of the Complaint

7

insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 37 as they might apply to the remaining Defendants.

38.    Defendants deny the allegations set forth in Paragraph 38 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 as they might apply to the remaining Defendants.

39.    Paragraph 39 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any and all allegations of fact set forth in Paragraph 39 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 39 as they might apply to the remaining Defendants.

40.    Defendants deny the allegations set forth in Paragraph 40 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 as they might apply to the remaining Defendants.

41.    Defendants deny the allegations set forth in Paragraph 41 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 as they might apply to the remaining Defendants.

42.    Defendants deny the allegations set forth in Paragraph 41 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 as they might apply to the remaining

8

Defendants.

43.    Defendants deny the allegations set forth in Paragraph 43 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 as they might apply to the remaining Defendants.

44.    Defendants deny the allegations set forth in Paragraph 44 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 as they might apply to the remaining Defendants.

45.    Paragraph 45 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 45 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 45 as they might apply to the remaining Defendants.

46.    Paragraph 46 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 46 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 46 as they might apply to the remaining Defendants.

47.    Paragraph 47 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 47 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of

fact in Paragraph 47 as they might apply to the remaining Defendants.

48.    Paragraph 48 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 48 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 48 as they might apply to the remaining Defendants.

49.    Paragraph 49 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 49 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 49 as they might apply to the remaining Defendants.

50.    Paragraph 50 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 50 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 50 as they might apply to the remaining Defendants.

51.    Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 51 of the Complaint.

52.    Defendants deny the allegations set forth in Paragraph 52 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52 as they might apply to the remaining Defendants.

53.    Defendants deny the allegations set forth in Paragraph 53 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 53 as they might apply to the remaining Defendants.

54.    Defendants deny the allegations set forth in Paragraph 54 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54 as they might apply to the remaining Defendants.

55.    Paragraph 55 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 55 of the Complaint.

56.    Defendants deny the allegations set forth in Paragraph 56 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56 as they might apply to the remaining Defendants.

57.    Defendants deny the allegations set forth in Paragraph 57 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57 as they might apply to the remaining Defendants.

## AS TO "FIRST CLAIM FOR RELIEF FAIR LABOR STANDARDS ACT"

58.    In response to Paragraph 58 of the Complaint, Defendants repeat and reallege each and every response to Paragraphs 1 through 57 of the Complaint as if set forth fully herein.

11

59.     Paragraph 59 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 59 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 59 as they might apply to the remaining Defendants.

60.     Paragraph 60 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 60 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 60 as they might apply to the remaining Defendants.

61.     Defendants deny the allegations set forth in Paragraph 61 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 as they might apply to the remaining Defendants.

62.     Paragraph 62 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief as to any allegations of fact set forth in Paragraph 62.

63.     Defendants deny the allegations set forth in Paragraph 63 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 63 as they might apply to the remaining Defendants.

64.     Paragraph 64 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of

12

fact set forth in Paragraph 64 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 64 as they might apply to the remaining Defendants.

65.    Paragraph 65 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 65 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 65 as they might apply to the remaining Defendants.

66.    Paragraph 66 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 66 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 66 as they might apply to the remaining Defendants.

67.    Paragraph 67 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 67 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 67 as they might apply to the remaining Defendants.

68.    Paragraph 68 of the Complaint sets forth a legal conclusion, and therefore no response is required.  To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 68 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 68 as they might apply to the remaining Defendants.

13

69.    Paragraph 69 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 69 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 69 as they might apply to the remaining Defendants.

## AS TO "SECOND CLAIM FOR RELIEF
## NEW YORK STATE LABOR LAW"

70.    In response to Paragraph 70 of the Complaint, Defendants repeat and reallege each and every response to Paragraphs 1 through 69 of the Complaint as if set forth fully herein.

71.    Paragraph 71 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 71 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 71 as they might apply to the remaining Defendants.

72.    Paragraph 72 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 72 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 72 as they might apply to the remaining Defendants.

73.    Paragraph 73 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 73 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of

14

fact in Paragraph 73 as they might apply to the remaining Defendants.

74.     Paragraph 74 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 74 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 74 as they might apply to the remaining Defendants.

75.     Paragraph 75 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 75 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 75 as they might apply to the remaining Defendants.

76.     Paragraph 76 of the Complaint sets forth a legal conclusion, and therefore no response is required. To the extent a response is required, Defendants deny any allegations of fact set forth in Paragraph 76 of the Complaint insofar as they apply to Defendants and lack knowledge or information sufficient to form a belief as to the truth or falsity of any allegations of fact in Paragraph 76 as they might apply to the remaining Defendants.

77.     Defendants deny any and all allegations of fact contained in the "Prayer for Relief" and further deny that Plaintiff is entitled to any relief in this action.

## AS AND FOR AFFIRMATIVE AND OTHER DEFENSES

Defendants assert the following affirmative and other defenses without assuming any burden of production or proof that they would not otherwise have:

### AS AND FOR A FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted, either on his own behalf or on behalf of those persons whom he purports to represent.

### AS AND FOR A SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable limitations period.

### AS AND FOR A THIRD DEFENSE

This case may not be maintained as a collective action because the named Plaintiff is not similarly-situated to or otherwise an adequate representative for the persons whom he purports to represent.

### AS AND FOR A FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the de minimis doctrine.

### AS AND FOR A FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches, estoppel, waiver, avoidable consequences, and/or other equitable defenses.

### AS AND FOR A SIXTH DEFENSE

At all times relevant hereto, Defendants acted in good faith, with reasonable grounds for believing that Plaintiff was exempt from the overtime requirements of the Fair Labor Standards Act ("FLSA"), and did not violate any rights which may be secured to Plaintiff or to employees who are similarly situated under the FLSA or under any state law, rule or regulation and, inter alia, are not liable for liquidated damages.

### AS AND FOR A SEVENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands based upon Plaintiff's violations of timekeeping and recordkeeping policies, including

falsification of time records.

### AS AND FOR AN EIGHTH DEFENSE

Plaintiff lacks standing to be and is not an adequate representative of the putative collective action and, as such, the Court should not authorize notice to be issued or a collective action to be maintained under the FLSA.

### AS AND FOR A NINTH DEFENSE

The Complaint is barred, in whole or in part, pursuant to, inter alia, the Portal-to-Portal Act.

### AS AND FOR A TENTH DEFENSE

This case is not appropriate for a collective or class action because the facts and law common to the case, if any, are insignificant compared to the individual facts and issues particular to Plaintiff and to the purported collective or class action members.

### AS AND FOR AN ELEVENTH DEFENSE

Plaintiff cannot establish or maintain a collective or class action because it cannot be demonstrated that a collective or class action is superior to other methods available for adjudicating any controversy.

### AS AND FOR A TWELFTH DEFENSE

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

### AS AND FOR A THIRTEENTH DEFENSE

Payments to Plaintiff were made in good faith and in conformity with and in reliance on an administrative regulation, order, ruling, approval, interpretation, administrative practice, and/or enforcement policy of the United States Department of Labor.

17

### AS AND FOR A FOURTEENTH DEFENSE

Plaintiff's claims are barred or should be reduced, in whole or in part, by exclusions, exceptions, credits, recoupment or offsets permissible under the FLSA.

### AS AND FOR A FIFTEENTH DEFENSE

To the extent any members of the putative class have signed a release and/or waiver encompassing claims alleged in the Complaint or a contractual waiver or agreement contrary to their claims herein, their claims are barred by that release, waiver or agreement.

### AS AND FOR A SIXTEENTH DEFENSE

Plaintiff's claims are barred as against Defendants because Defendants were not Plaintiff's employer within the meaning of the FLSA or New York Labor Law.

### AS AND FOR A SEVENTEENTH DEFENSE

Defendants have no personal liability under the legal theories and/or factual allegations asserted by Plaintiff.

### AS AND FOR AN EIGHTEENTH DEFENSE

Plaintiff cannot satisfy the standards and prerequisites to bring this action as a class action, under Rule 23 of the Federal Rules of Civil Procedure, or a collective action, under the Fair Labor Standards Act.

### AS AND FOR A NINETEENTH DEFENSE

In addition to the foregoing defenses, Defendants retain the right to amend their Answer to raise additional affirmative and other defenses or pursue any available counterclaims against Plaintiff or any putative class member who joins this action as those claims become known during this litigation.

**WHEREFORE,** Defendants pray that the Court enter a judgment:

1. dismissing the Complaint with prejudice;

2. granting Defendants their costs, including attorney's fees, incurred in this action; and

3. granting such other and further relief as the Court may deem just and proper

Dated: New York, New York
February 5, 2009

Respectfully submitted,

JACKSON LEWIS LLP
58 South Service Road
Melville, New York 11747
(631) 247-0404

By:    _____s/_____
Marc S. Wenger (MW8910)
Noel Tripp (NT8931)

ATTORNEYS FOR DEFENDANTS
AYALA and TIMBERLAKE

19

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TRACE AYALA AND JUSTIN TIMBERLAKE was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Jeffrey M. Gottlieb (JG-7905)
GOTTLIEB & ASSOCIATES
*ATTORNEYS FOR PLAINTIFFS*
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795

_____s/_____
Marc S. Wenger (MW8910)